U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GD DEAL HOLDINGS, LLC<br>VS.<br>SURINDER MULTANI, et al. | FILED: MARCH 25, 2008<br>08CV1722        TG<br>JUDGE GRADY<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GD DEAL HOLDINGS, LLC

| | |
|---|---|
| NAME (Type or print)<br>Thomas F. Falkenberg and Michael N. Ripani | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/  Thomas F. Falkenberg | |
| FIRM<br>Williams Montgomery & John Ltd. | |
| STREET ADDRESS<br>20 North Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6205289 | TELEPHONE NUMBER<br>312-443-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |