Firm I.D. #412

Document #: 769033

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GD DEAL HOLDINGS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SURINDER MULTANI; ABBE PROPERTIES, LLC; SAPPHIRE SUPPLY, LLC; JGG INVESTMENTS, LLC; ABBE CAPITAL AND LEASING, LLC; ABBE MANAGEMENT GROUP, LLC; FIFTH THIRD BANK; CITIBANK; VENDOR CAPITAL GROUP; BABAJI PS, LLC; CAPITAL ACCESS & INVESTMENTS, LLC; PETROZONE PETROLEUM II, INC.; G & S PORTAGE, INC.; SAFANPREET MULTANI; AND SURINDER MULTANI, IN HIS CAPACITY AS TRUSTEE FOR GURPRIYA KAUR MULTANI IRREVOCABLE TRUST, GURPAP SINGH MULTANI IRREVOCABLE TRUST, AND JAPVI SINGH MULTANI IRREVOCABLE TRUST,<br><br>Defendants. | FILED: MARCH 25, 2008<br>Court No. 08CV1722   TG<br>JUDGE GRADY<br>MAGISTRATE JUDGE BROWN |

## CORPORATE DISCLOSURE IN COMPLIANCE WITH FRCP 7.1 AND LOCAL RULE 3.2

The undersigned, counsel of record for GD DEAL HOLDINGS, LLC, furnishes the following in compliance with Rule 11.3 of this Court.

GD DEAL HOLDINGS, LLC is a Delaware limited liability company. GD DEAL INVESTMENTS, LLC holds a 99% ownership interest in GD Deal Holdings, LLC. GD DEAL MANAGER, INC. holds a 1% ownership interest in GD Deal Holdings, LLC. None of these are publicly held companies. There are no publicly held corporations which own more than 10 % of the stock of any of these business entities.

March 25, 2008

                          WILLIAMS MONTGOMERY & JOHN LTD.

                          */s/ Thomas F. Falkenberg*
                          THOMAS F. FALKENBERG

WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for GD Deal Holdings, LLC
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200