# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

GD DEAL HOLDINGS, LLC
    Plaintiff
vs.

SURINDER MULTANI; ABBE PROPERTIES, LLC;
SAPPHIRE SUPPLY, LLC; JGG INVESTMENTS, LLC;
ABBE CAPITAL AND LEASING, LLC; ABBE MANAGEMENT
GROUP, LLC; FIFTH THIRD BANK; CITIBANK;
VENDOR CAPITAL GROUP; BABAJI PS, LLC;
CAPITAL ACCESS & INVESTMENTS, LLC;
PETROZONE PETROLEUM II, INC.; G & S PORTAGE, INC.;
SAFANPREET MULTANI; AND SURINDER MULTANI,
IN HIS CAPACITY AS TRUSTEE FOR GURPRIYA KAUR
MULTANI IRREVOCABLE TRUST, GURPAP SINGH
MULTANI IRREVOCABLE TRUST, AND
JAPVI SINGH MULTANI IRREVOCABLE TRUST

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   08 CV 1722

ASSIGNED JUDGE:   JUDGE GRADY

DESIGNATED
MAGISTRATE JUDGE:   MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

    Babaji PS, LLC
    c/o Narendra Bhalla, Registered Agent
    1718 Fry Road, Suite 415
    Houston, TX 77084

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Falkenberg and Michael N. Ripani, Williams Montgomery & John Ltd., 20 North Wacker Drive, Suite 2100 Chicago, IL 60606, 312-443-3200

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

    NOTE: When the print dialogue
    box appears, be sure to uncheck
    the Annotations option.

MICHAEL W. DOBBINS, CLERK

 

(By) DEPUTY CLERK

March 26, 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | March 26, 2008 |
| NAME OF SERVER (PRINT)<br>Donna M. Wrobel | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):   VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED,   7160 3901 9845 2711 1528

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 26, 2008     *(signed)* Donna M. Wrobel
              Date                 Signature of Server

20 North Wacker Drive, Suite 2100, Chicago, IL 60606
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.