# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

GD DEAL HOLDINGS, LLC
　　　Plaintiff

vs.

SURINDER MULTANI; ABBE PROPERTIES, LLC;
SAPPHIRE SUPPLY, LLC; JGG INVESTMENTS, LLC;
ABBE CAPITAL AND LEASING, LLC; ABBE MANAGEMENT
GROUP, LLC; FIFTH THIRD BANK; CITIBANK;
VENDOR CAPITAL GROUP; BABAJI PS, LLC;
CAPITAL ACCESS & INVESTMENTS, LLC;
PETROZONE PETROLEUM II, INC.; G & S PORTAGE, INC.;
SAFANPREET MULTANI; AND SURINDER MULTANI,
IN HIS CAPACITY AS TRUSTEE FOR GURPRIYA KAUR
MULTANI IRREVOCABLE TRUST, GURPAP SINGH
MULTANI IRREVOCABLE TRUST, AND
JAPVI SINGH MULTANI IRREVOCABLE TRUST

## ALIAS
### SUMMONS IN A CIVIL CASE

CASE NUMBER:　　08 CV 1722

ASSIGNED JUDGE:　　JUDGE GRADY

DESIGNATED
MAGISTRATE JUDGE:　　MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

　　　Petrozone Petroleum II, Inc.
　　　c/o Sandeeppreet Singh
　　　1613 South Day Street
　　　Brenham, TX 77833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Falkenberg and Michael N. Ripani, Williams Montgomery & John Ltd., 20 North Wacker Drive, Suite 2100 Chicago, IL 60606, 312-443-3200

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

　　　NOTE: When the print dialogue
　　　box appears, be sure to uncheck
　　　the Annotations option.

MICHAEL W. DOBBINS, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　March 26, 2008
(By) DEPUTY CLERK　　　　　　　　　　　　　　　DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me <sup>(1)</sup> | March 26, 2008 |
| NAME OF SERVER *(PRINT)*<br>Donna M. Wrobel | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED,   7160 3901 9845 2711 1498__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 26, 2008__          *[signature: Donna M. Wrobel]*
               Date                        Signature of Server

                              __20 North Wacker Drive, Suite 2100, Chicago, IL 60606__
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.