**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| GD DEAL HOLDINGS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURINDER MULTANI; ABBE PROPERTIES, | ) | |
| LLC; SAPPHIRE SUPPLY, LLC; JCG | ) | |
| INVESTMENTS, LLC; ABBE CAPITAL AND | ) | Civil Action No. 08-CV-1722 |
| LEASING, LLC; ABBE MANAGEMENT | ) | |
| GROUP, LLC; FIFTH THIRD BANK; | ) | Judge Elaine E. Bucklo |
| CITIBANK; VENDOR CAPITAL GROUP; | ) | |
| BABAJIPS, LLC; CAPITAL ACCESS & | ) | |
| INVESTMENTS, LLC; PETROZONE | ) | |
| PETROLEUM II, INC.; G&S PORTAGE, INC.; | ) | |
| SAFANPREET MULTANI, in his capacity as | ) | |
| trustee for Gurpriya Kaur Multani Irrevocable | ) | |
| Trust; GURPAP SINGH MULTANI | ) | |
| IRREVOCABLE TRUST, and JAPVI SINGH | ) | |
| MULTANI IRREVOCABLE TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

To:   Scott A. Bachert                       Thomas F. Falkenberg
      William F. Coddell                     WILLIAMS MOTGOMERY & JOHN LTD.
      HARNED, BACHERT & DENTON, LLP          20 N. Wacker Dr., Suite 2100
      324 East Tenth Avenue, P.O. Box 1270   Chicago, IL 60606-3094
      Bowling Green, KY 42102-1270           tff@willmont.com

YOU ARE HEREBY NOTIFIED THAT on Tuesday, April 22, 2008, at 9:30 a.m., in Room 1441, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Elaine E. Bucklo, or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, and shall then and there present **DEFENDANT CITIBANK'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

Dated:  April 15, 2008

Respectfully submitted,

/s/  Diane R. Sabol
_____
Lucia Nale
Diane R. Sabol (6298369)
Nicole J. Highland (6291632)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600
drsabol@mayerbrown.com
*Attorneys for Defendant Citibank.*

## CERTIFICATE OF SERVICE

I, Diane R. Sabol, an attorney, hereby certify that on April 15, 2008, I caused a true and correct copy of the foregoing **NOTICE OF UNOPPOSED MOTION**, to be filed and served electronically via the court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court' s CM/ECF System.

/ s/  Diane R. Sabol
_____
Lucia Nale
Diane R. Sabol (6298369)
Nicole J. Highland (6291632)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600
drsabol@mayerbrown.com