

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

GD DEAL HOLDINGS, LLC
    Plaintiff

        ALIAS
        SUMMONS IN A CIVIL CASE

Vs.

SURINDER MULTANI; ABBE PROPERTIES, LLC; JGG INVESTMENTS, LLC; ABBE CAPITAL AND LEASING, LLC; ABBE MANAGEMENT GROUP, LLC; FIFTH THIRD BANK; CITI BANK; VENDOR CAPITAL ACCESS & INVESTMENTS, LLC; PETROZONE PETROLEUM II, INC; G & S PORTAGE, INC; SAFANPREET MULTANI; AND SURINDER MULTANI, IN HIS CAPACITY AS TRUSTEE FOR GURPRIYA KAUR MULTANI IRREVOCABLE TRUST, GURPAP SINGH MULTANI IRREVOCABLE TRUST, AND JAPVI SINGH MULTANI IRREVOCABLE TRUST

CASE NUMBER:   08 CV 1722

ASSIGNED JUDGE:
JUDGE GRADY

DESIGNATED
MAGISTRATE JUDGE:
MAGISTRATE JUDGE BROWN

## DEFENDANT'S ORIGINAL ANSWER

Defendant Sandeeppreet Singh, files this original answer to plaintiff, GD Deal Holding., LLC's original complaint.

### A. Admissions & Denials

1.    Defendant admits the allegations in paragraph 14

2.    Defendant denies part of the allegations in paragraph 39 alluding to the fact Defendant Surinder Multani has transferred to the trust assets for the purpose of shielding them from the claims of his creditors including but not limited to his interest in Petrozone Petroleum II, Inc., but is without knowledge or information sufficient to form a belief as to the truth of the rest of the allegation in said paragraph 39.

APR 2 2 2008

F I L E D

APR 2 2 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1, 3-13, 15-29 and 31-41.

4.  In allegation 24 Defendant admits in part that Defendant Surinder Multani is a member of Petrozone Petroleum II, Inc. but is without knowledge of the rest of this allegation sufficient to form a belief as to the truth of said allegation.

B. Prayer

For these reasons, Defendant asks the court to enter judgment that plaintiff take nothing, dismiss plaintiff's suite with prejudice, assess costs against plaintiff, and award defendant all other relief to which it is entitled.

Simms & Associates

L/H. Simms
6001 Savoy Drive, Suite 208
Houston, Texas 77036
(713) 532-0100 Telephone
(713) 532-1337 Fax

## CERTIFICATE OF SERVICE

I certify that on April 17, 2008, a true and correct copy of the foregoing instrument was forwarded to all counsel of record, pursuant to the Rules of Procedure to Thomas F. Falkenberg, 20 North Wacker Drive, Suite 2100 Chicago, IL 60606, certified mail return receipt requested **(CMRRR #7005 1160 0002 2336 6718)**.

Leroy H. Simms