UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                                      PLAINTIFF

V.

SURINDER MULTANI;
ABBE PROPERTIES, LLC;
SAPPHIRE SUPPLY, LLC;
JGG INVESTMENTS, LLC;
ABBE CAPITAL AND LEASING, LLC;
ABBE MANAGEMENT GROUP, LLC;
FIFTH THIRD BANK;
CITIBANK;
VENDOR CAPITAL GROUP;
BABAJI PS, LLC;
CAPITAL ACCESS & INVESTMENTS, LLC;
PETROZONE PETROLEUM II, INC.;
G & S PORTAGE, INC.;
SAFANPREET MULTANI; AND
SURINDER MULTANI, IN HIS CAPACITY AS TRUSTEE
FOR GURPRIYA KAUR MULTANI IRREVOCABLE TRUST,
GURPAP SINGH MULTANI IRREVOCABLE TRUST, AND
JAPVI SINGH MULTANI IRREVOCABLE TRUST                                    DEFENDANTS

**MOTION TO VOLUNTARILY DISMISS
DEFENDANT VENDOR CAPITAL GROUP**

Comes now the Plaintiff, GD Deal Holdings, LLC, by and through counsel, and for its Motion to Voluntarily Dismiss Defendant Vendor Capital Group pursuant to FED. R. CIV. P. 41(a), states as follows:

1. The Plaintiff GD Deal Holdings, LLC ("GD Deal") initiated this proceeding in an effort to collect a judgment debt from the defendant Surinder Multani. The defendant Vendor Capital Group was named as a defendant herein pursuant to the Memorandum of Judgment it filed with the Cook County Recorder of Deeds on August 7, 2007 as against real property owned by the debtor Surinder Multani.

2. Vendor Capital Group was named as a defendant to assert its interest in the real estate, if any.

3. As a consequence of accident and inadvertence, GD Deal's review of the Cook County Recorder of Deed's records did not uncover a Release and Satisfaction of Judgment for Vendor Capital Group in connection with the Memorandum of Judgment filed as against the real estate of Surinder Multani.

4. In order to remedy the error, GD Deal desires to voluntarily dismiss Vendor Capital Group from the instant proceeding.

WHEREFORE, the Plaintiff, GD Deal Holdings, LLC, requests that Vendor Capital Group be dismissed as a Defendant herein and any and all other appropriate relief.

Submitted electronically this day, April 16, 2008.

          THOMAS M. FALKENBERG
          WILLIAMS MONTGOMERY & JOHN LTD.
          20 North Wacker Drive, Suite 2100
          Chicago, Illinois 60606-3094
          Telephone: (312) 443-3200

          AND

          HARNED, BACHERT & DENTON, LLP
          324 East Tenth Avenue
          Post Office Box 1270
          Bowling Green, Kentucky  42102-1270
          Telephone:  (270) 782-3938
          Facsimile:  (270 781-4737

          /s/ Scott A. Bachert
          SCOTT A. BACHERT

CERTIFICATION:

  This is to certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court this day, April 30, 2008, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Lucia Nale
Hon. Nicole J. Highland
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 630606-4637

Courtesy copy via email to:

Alan C. Thompson
Vendor Capital Group
4191 Fayetteville Road
Raleigh, North Carolina 27611
alan.thompson@telerent.com

/s/ Scott A. Bachert
SCOTT A. BACHERT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                PLAINTIFF

V.

SURINDER MULTANI, et al.                                                          DEFENDANTS

**ORDER DISMISSING VENDOR CAPITAL GROUP AS A DEFENDANT**

This matter having come before the Court on GD Deal Holdings, LLC's Motion to Voluntarily Dismiss Defendant Vendor Capital Group pursuant to FED. R. CIV. P. 41(a); the Court having reviewed the record herein; and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Vendor Capital Group be, and hereby is, dismissed with prejudice as a Defendant herein; and

IT IS HEREBY FURTHER ORDERED that the Summons issued to Defendant Vendor Capital Group be, and hereby is, withdrawn.