**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

GD Deal Holdings, LLC
                            Plaintiff,

v.                                                       Case No.: 1:08−cv−01722
                                                      Honorable Elaine E. Bucklo

Surinder Multani, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held and continued to 8/7/2008 at 10:00 A.M. James O. Stola's oral motion for leave to file appearance on behalf of Multani defendants is granted. Plaintiff's Motion to appoint special commissioner [30] and Motion for order of sale [30] is entered and continued to 8/7/2008 at 10:00 A.M. Defendants to respond to the motion by 7/16/2008. Plaintiff to reply by 7/30/2008. A possible ruling on the motion set for 8/7/2008. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.