IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GD DEAL HOLDINGS, LLC | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 08-CV-1722 |
| | ) | |
| v. | ) | |
| | ) | Judge Elanie E. Bucklo |
| SURINDER MULTANI, et al | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE TO TAKE DEPOSITION

Notice is hereby given that the Plaintiff, GD Deal Holdings, LLC, by and through counsel, will take the deposition of the following person, at the times and place designated below:

PERSON TO BE DEPOSED:   Surinder Multani, individually and in his capacity as Trustee for Gurpriya Kaur Multani Irrevocable Trust, Gurpap Singh Multani Irrevocable Trust, and Japvi Singh Multani Irrevocable Trust

TIME:   11:00 a.m.

DATE:   July 31, 2008

PLACE:   Williams Montgomery & John Ltd.
29 N. Wacker Dr., Suite 2100
Chicago, IL  60606-3094

Said deposition to be taken upon direct examination for use as evidence and for all other purposes permissible under the Rules of Civil Procedure.

THOMAS F. FLAKENBERG
MICHAEL MCCANN
WILLIAMS MONTGOMERY & JOHN LTD
20 North Wacker Drive, Suite 2100
Chicago, IL  60606-3094
Telephone:  (312) 443-3851

                          HARNED, BACHERT & DENTON, LLP
                          P.O. Box 1270
                          Bowling Green, KY 42102-1270
                          Telephone:  (270) 782-3938
                          Facsimile:  (270) 781-4737


                          /s/Scott A. Bachert
                          SCOTT A. BACHERT

Certificate of Service:

       This is to certify that a true copy of the foregoing was this 11th day of July, 2008, placed in the U. S. Mail addressed to:

Diane R. Sabol
Nicole J. Highland
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606-4637
*Attorney for Citibank*

Robert Thomas Kuehl
Weltman, Weinberg & Reis Co. LPA
180 North LaSalle Street
Suite 2400
Chicago, IL  60601
*Attorney for Fifth Third Bank*

James O. Stola
3701 West Fullerton Avenue
Chicago, IL  60647
*Attorney for Surinder Multani*

Leroy Simms
6061 Savoy Drive
Houston, TX  71352
*Attorney for Petrozone Petroleum II, Inc.*


/s/Scott A. Bachert
SCOTT A. BACHERT