**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                            PLAINTIFF

|   |   |
|---|---|
| v. | **MOTION FOR DEFAULT JUDGMENT AND ENTRY OF CHARGING ORDER AGAINST JUDGMENT DEBTOR'S INTEREST IN ABBE MANAGEMENT GROUP, LLC** |

SURINDER MULTANI, et al.                                                                       DEFENDANTS

\*\* \*\* \*\*

Comes now the Plaintiff, GD Deal Holdings, LLC ("GD Deal Holdings"), by and through counsel, and, pursuant to FED. R. CIV. P. 54, FED. R. CIV. P. 69, and 805 ILCS 180/30-20, for its Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in ABBE Management Group, LLC ("ABBE Management"), states as follows:

1.  On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from the date of judgment until paid.

2.  On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

3.  GD Deal Holdings is informed, and on the basis of such information and belief alleges, that Surinder Multani is a member of ABBE Management. A copy of the Application of ABBE Management for a certificate to transact business in Michigan that was filed by Surinder Multani is attached hereto as "Exhibit A". A copy of a printout from the Illinois Secretary of State's website demonstrating that the principal office for ABBE Management is the same principal business office address for Surinder Multani is attached hereto as "Exhibit B".

4. ABBE Management was served with process on March 31, 2008, and has failed to file responsive pleadings herein within twenty (20) days thereafter, said Defendant being in default. A copy of the certified mail receipt for the Summons served on the registered agent for ABBE Management is attached hereto as "Exhibit C".

5. GD Deal Holdings is entitled, under FED. R. CIV. P. 69 and 805 ILCS 180/30-20, to a charging order against the interest of Surinder Multani in ABBE Management.

6. The instant Motion is based on the Affidavit of counsel for GD Deal Holdings, attached hereto as "Exhibit D", and all the pleadings, records and papers on file in this action.

WHEREFORE, the Plaintiff, GD Deal Holdings, LLC, requests:

1. An Order requiring ABBE Management to produce a copy of all agreements concerning Surinder Multani's interest and the interest of other members in ABBE Management, together with evidence showing the interest of Surinder Multani in the income of ABBE Management;

2. A charging order against Surinder Multani's interest in ABBE Management or any other entity or joint venture in which Surinder Multani has an interest; and

3. Such further relief, at law or in equity, that the Court deems just and proper.

    THOMAS M. FALKENBERG
    WILLIAMS MONTGOMERY & JOHN LTD.
    20 North Wacker Drive, Suite 2100
    Chicago, Illinois 60606-3094

    -and-

    HARNED, BACHERT & DENTON, LLP
    324 East Tenth Avenue
    Post Office Box 1270
    Bowling Green, Kentucky  42102-1270

    /s/ Scott A. Bachert
    SCOTT A. BACHERT

CERTIFICATION:

      This is to certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court this day, July 23, 2008, by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Hon. Lucia Nale | |
| Hon. Diane Renae Sabol | Hon. Robert T. Kuehl |
| Hon. Nicole J. Highland | WELTMAN, WEINBERG & REIS CO., L.P.A. |
| MAYER BROWN LLP | 180 N. LaSalle Street, Suite 2400 |
| 71 South Wacker Drive | Chicago, Illinois 60601 |
| Chicago, Illinois 630606-4637 | |

      This is to certify that a true and correct copy of the foregoing document was this day, July 23, 2008, placed in the US Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Hon. Leroy Simms | Sapphire Supply, LLC |
| 6061 Savoy Drive | c/o: Surinder Multani, Registered Agent |
| Houston, Texas 77036 | 2015 S. Arlington Hts. Rd. #120 |
| | Arlington Heights, Illinois 60005 |
| Hon. James O. Stola | |
| 3701 West Fullerton Avenue | JGG Investments, LLC |
| Chicago, Illinois 60647 | c/o: Kishor Shah, Registered Agent |
| | 5 Whippoorwill Court |
| Surinder Multani | Roselle, Illinois 60172 |
| 302 Midwest Club | |
| Oak Brook, Illinois 60523 | ABBE Capital and Leasing, LLC |
| | c/o: Surinder Multani, Registered Agent |
| Safanpreet Multani | 2015 S. Arlington Hts. Rd. #120 |
| 302 Midwest Club | Arlington Heights, Illinois 60005 |
| Oak Brook, Illinois 60523 | |
| | ABBE Management Group, LLC |
| Surinder Multani | c/o: Robert S. Luce, Registered Agent |
| 24 Bright Ridge Drive | 399 Quentin Rd. Ste. A |
| Schaumburg, Illinois 60194 | Palatine, Illinois 60067 |
| | |
| Safanpreet Multani | Babaji PS, LLC |
| 24 Bright Ridge Drive | c/o: Narendra Bhalla, Registered Agent |
| Schaumburg, Illinois 60194 | 1718 Fry Road, Suite 415 |
| | Houston, Texas 77084 |
| ABBE Properties, LLC | |
| c/o: Surinder Multani, Registered Agent | Capital Access & Investments, LLC |
| 2015 S. Arlington Hts. Rd. #120 | c/o: Narendra Bhalla, Registered Agent |
| Arlington Heights, Illinois 60005 | 1718 Fry Road, Suite 415 |
| | Houston, Texas 77084 |

G & S Portage, Inc.
c/o: Ajai Agnihotri, Registered Agent
1856 Samuelson Road
Portage, Indiana 46368

/s/ Scott A. Bachert
SCOTT A. BACHERT

# Michigan Department of Consumer and Industry Services

# Filing Endorsement

This is to Certify that the APPLICATION FOR CERTIFICATE OF AUTHORITY

for

ABBE MANAGEMENT GROUP, LLC

ID NUMBER: B9078G

received by facsimile transmission on September 22, 2003 is hereby endorsed filed on September 23, 2003 by the Administrator. The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 23rd day of September, 2003.

*Andrew L. Metcalf*, Director

Bureau of Commercial Services

Sent by Facsimile Transmission 03266

007349

EXHIBIT A

BCS/CD-760 (Rev 03/01)

## MICHIGAN DEPARTMENT OF CONSUMER & INDUSTRY SERVICES
## BUREAU OF COMMERCIAL SERVICES

Date Received:

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name: ABBE Management Group, LLC
Address: 2015 S Arlington Heights Rd, Suite 120
City: Arlington Heights   State: IL   Zip Code: 60005

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

B

## APPLICATION FOR CERTIFICATE OF AUTHORITY
## TO TRANSACT BUSINESS IN MICHIGAN
For use by Foreign Limited Liability Companies
(Please read information and instructions on last page)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned limited liability company executes the following Application:

1. The name of the limited liability company is:
   ABBE Management Group, LLC

2. (Complete this item only if the limited liability company name in Item 1 is not available for use in Michigan.) The assumed name of the limited liability company to be used in all its dealings with the Bureau and in the transaction of its business in Michigan is:

3. It is organized under the laws of __Illinois__.
   The date of its organization is __May 15, 2003__.
   The duration of the limited liability company if other than perpetual is __(Perpetual)__.

4. The address of the office required to be maintained in the state of organization or, if not so required, the principal office of the limited liability company is:
   2015 S. Arlington Heights, Suite 120   Arlington Heights   IL   60005
   (Street Address)                        (City)              (State) (ZIP Code)

09/22/2003  05:45PM

007350

5. a. The address of its registered office in Michigan is:

   _2201 East Grand River, Suite 201, Lansing_, Michigan _48912_
   (Street Address)                    (City)                                              (ZIP Code)

   b. The mailing address of the registered office if different than above:

   _____, Michigan _____
   (Street Address or P.O. Box)          (City)                                           (ZIP Code)

   c. The name of the resident agent at the registered office is:

   _National Registered Agents, Inc._

6. The Department is appointed the agent of the foreign limited liability company for service of process if no agent has been appointed, or if appointed, the agent's authority has been revoked, the agent has resigned, or the agent cannot be found or served through the exercise of reasonable diligence.

   The name and address of a member or manager or other person to whom the administrator is to send copies of any process served on the administrator is: (Must be different than agent shown in Item 5c)

   _Surinder Multani, ABBE Management Group, LLC_
   (Name)

   _2015 S. Arlington Heights Rd, Suite 120  Arlington Heights  IL,  60005_
   (Street Address)                         (City)                    (State)              (ZIP Code)

7. The specific business which the limited liability company is to transact in Michigan is as follows:

   _ATM Services (leasing and processing of machines) to merchants conducting business such as Gas Stations, Truck Stops, C-Stores, Restaurants._

   The limited liability company is authorized to transact such business in the jurisdiction of its organization.

Signed this _22nd_ day of _September_, _2003_

By _[signature]_
          (Signature)

_Surinder Multani_                                    _Member_
(Type or Print Name)                                  (Type or Print Title)

09/22/2003  05:45PM

007351

File Number    0091982-9



To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that

ABBE MANAGEMENT GROUP, LLC,
HAVING ORGANIZED IN THE STATE OF ILLINOIS ON MAY 15, 2003,
APPEARS TO HAVE COMPLIED WITH ALL PROVISIONS OF THE LIMITED
LIABILITY COMPANY ACT OF THIS STATE RELATING TO THE FILING
OF THE ARTICLES AND PAYMENT, AND IS ORGANIZED TO TRANSACT
BUSINESS IN THE STATE OF ILLINOIS.

In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this 17TH day of SEPTEMBER A.D. 2003

*Jesse White*
SECRETARY OF STATE

C-260 2

09/22/2003   05:45PM

007352

**CYBERDRIVEILLINOIS**

JESSE WHITE
SECRETARY OF STATE

SERVICES | PROGRAMS | PRESS | PUBLICATIONS | DEPARTMENTS | CONTACT

# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | ABBE MANAGEMENT GROUP, LLC | File Number | 00919829 |
| Status | GOODSTANDING | On | 05/09/2008 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 05/15/2003 | Jurisdiction | IL |
| Agent Name | ROBERT S LUCE | Agent Change Date | 10/25/2007 |
| Agent Street Address | 399 QUENTIN RD STE A | Principal Office | 2015 S ARLINGTON HTS RD #120 ARLINGTON HEIGHTS 60005 |
| Agent City | PALATINE | Management Type | MGR |
| Agent Zip | 60067 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 05/09/2008 | For Year | 2008 |
| Assumed Name | ACTIVE - ABBE MERCHANT GROUP | | |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

http://www.ilsos.gov/corporatellc/CorporateLlcController

7/23/2008

EXHIBIT B

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9845 2711 1542 | A. Received by (Please Print Clearly)    B. Date of Delivery 3/31/08 <br> C. Signature  X _T. Khan_  ☐ Agent ☐ Addressee <br> D. Is delivery address different from item 1? ☐ Yes   ☐ No <br> If YES, enter delivery address below: |
| 3. Service Type  CERTIFIED MAIL | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 1. Article Addressed to: <br> Abbe Management Group, LLC <br> c/o Robert S. Luce, Registered Agent <br> 399 Quentin Road, Suite A <br> Palatine, IL 60067 <br><br> 27752.00BUBV        TFF | |
| PS Form 3811, January 2005    Domestic Return Receipt | |

EXHIBIT C


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7160 3901 9845 2711 1542
**Status: Delivered**

Your item was delivered at 10:36 am on March 31, 2008 in PALATINE, IL 60067. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

**Copyright**© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                    PLAINTIFF

v.

SURINDER MULTANI, et al.                                                               DEFENDANTS

### AFFIDAVIT OF SCOTT A. BACHERT

Scott A. Bachert, being sworn, deposes and says:

1. He is attorney for GD Deal Holdings, LLC, Plaintiff and judgment creditor in the above-entitled action, and makes this Affidavit in support of Plaintiff's foregoing Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in ABBE Management Group, LLC.

2. On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from the date of judgment until paid.

3. On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

4. The judgment remains outstanding and unsatisfied.

5. Affiant is informed and believes, and on that basis alleges, that Surinder Multani is a member of ABBE Management Group, LLC and the interest of Surinder Multani may properly be charged with the unpaid judgment in this action.

6. ABBE Management Group, LLC was served with process on March 31, 2008.

7. ABBE Management Group, LLC has failed to file responsive pleadings herein.

EXHIBIT D

8.  Affiant has received no pleadings or papers from ABBE Management Group, LLC.

This the 23rd day of July, 2008.

_____
SCOTT A. BACHERT

COMMONWEALTH OF KENTUCKY   )
                           )
COUNTY OF WARREN           )

Subscribed, sworn to and acknowledged before me by Scott A. Bachert, on this the 23rd day of July, 2008.

_____
NOTARY PUBLIC
My Commission Expires: 8/25/09

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                         PLAINTIFF

vs.       **DEFAULT JUDGMENT AS AGAINST ABBE MANAGEMENT GROUP, LLC**
          **AND ORDER ENTERING CHARGING ORDER**

SURINDER MULTANI, et al.                                                                  DEFENDANTS

\*\* \*\* \*\*

This matter having come before the Court on GD Deal Holdings, LLC's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in ABBE Management Group, LLC, the Court finds as follows:

1. On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate.

2. On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

3. The judgment has not been satisfied.

4. GD Deal Holdings, LLC is entitled as a matter of right under 805 ILCS 180/30-20 to a charging order against any interest of Surinder Multani in a limited liability company. There is no just reason for delay in entry of a charging order.

5. Surinder Multani is a member of ABBE Management Group, LLC.

6. ABBE Management Group, LLC was served with process and a copy of the Complaint on March 31, 2008 and has failed to file responsive pleadings; therefore, being in default.

THEREFORE, IT IS ORDERED that the Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED by the Court that the interest of Surinder Multani as a member of ABBE Management Group, LLC be and is hereby subjected to an encumbrance and charging order in favor of and for the benefit of GD Deal Holdings, LLC.

IT IS FURTHER ORDERED by the Court that ABBE Management Group, LLC pay over to GD Deal Holdings, LLC such amounts as may from time to time become payable or distributable to Surinder Multani by reason of his interest in ABBE Management Group, LLC.

IT IS FURTHER ORDERED by the Court that Surinder Multani pay to GD Deal Holdings, LLC such amounts as may from time to time become payable or distributable to Surinder Multani by reason of his interest in ABBE Management Group, LLC.

IT IS FURTHER ORDERED by the Court that ABBE Management Group, LLC produce, within fifteen (15) days of the date of this Order, a copy of all operating agreements for ABBE Management Group, LLC and/or any other agreement controlling the interest of Surinder Multani, with such documents to be provided to GD Deal Holdings, LLC's attorney, together with evidence showing the value of the capital and/or income attributable to the interest of Surinder Multani in ABBE Management Group, LLC and copies of any and all tax returns filed during the last three (3) years on behalf of ABBE Management Group, LLC.

IT IS FURTHER ORDERED by the Court that ABBE Management Group, LLC file with the Clerk of this Court, within fifteen (15) days of the date of this Order, a sworn statement reporting to the Court all amounts distributable or payable to Surinder Multani at the time of this Order.  In such sworn statement, ABBE Management Group, LLC shall state the value at the time of entry of this Order of both the capital and income account attributable to Surinder Multani's interest in ABBE Management Group, LLC.

Jurisdiction is retained for such further orders and proceedings as may be necessary.

DATED, this the _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Tendered by:

THOMAS M. FALKENBERG
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3200

-and-

HARNED, BACHERT & DENTON, LLP
324 East Tenth Avenue
Post Office Box 1270
Bowling Green, Kentucky  42102-1270
Telephone:  (270) 782-3938

/s/ Scott A. Bachert
SCOTT A. BACHERT