UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                        PLAINTIFF

v.

SURINDER MULTANI, et al.                                                               DEFENDANTS

## MOTION FOR DEFAULT JUDGMENT AND ENTRY OF CHARGING ORDER AGAINST JUDGMENT DEBTOR'S INTEREST IN ABBE CAPITAL AND LEASING, LLC

Comes now the Plaintiff, GD Deal Holdings, LLC ("GD Deal Holdings"), by and through counsel, and, pursuant to FED. R. CIV. P. 54, FED. R. CIV. P. 69, and 805 ILCS 180/30-20, for its Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in ABBE Capital and Leasing, LLC ("ABBE Capital and Leasing"), states as follows:

1.     On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from the date of judgment until paid.

2.     On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

3.     GD Deal Holdings is informed, and on the basis of such information and belief alleges, that Surinder Multani is a member of ABBE Capital and Leasing. A copy of a printout from the Illinois Secretary of State's website demonstrating that Surinder Multani is the registered agent for service of process for ABBE Capital and Leasing is attached hereto as "Exhibit A".

4.     ABBE Capital and Leasing was served with process on April 11, 2008, and has failed to file responsive pleadings herein within twenty (20) days thereafter, said Defendant being in

default. A copy of an Affidavit of Service on ABBE Capital and Leasing is attached hereto as "Exhibit B".

5. GD Deal Holdings is entitled, under FED. R. CIV. P. 69 and 805 ILCS 180/30-20, to a charging order against the interest of Surinder Multani in ABBE Capital and Leasing.

6. The instant Motion is based on the Affidavit of counsel for GD Deal Holdings, attached hereto as "Exhibit C", and all the pleadings, records and papers on file in this action.

WHEREFORE, the Plaintiff, GD Deal Holdings, LLC, requests:

1. An Order requiring ABBE Capital and Leasing to produce a copy of all agreements concerning Surinder Multani's interest and the interest of other members in ABBE Capital and Leasing, together with evidence showing the interest of Surinder Multani in the income of ABBE Capital and Leasing;

2. A charging order against Surinder Multani's interest in ABBE Capital and Leasing or any other entity or joint venture in which Surinder Multani has an interest; and

3. Such further relief, at law or in equity, that the Court deems just and proper.

This day, July 23, 2008.

> THOMAS M. FALKENBERG
> WILLIAMS MONTGOMERY & JOHN LTD.
> 20 North Wacker Drive, Suite 2100
> Chicago, Illinois 60606-3094
> Telephone: (312) 443-3200
>
> -and-
>
> HARNED, BACHERT & DENTON, LLP
> 324 East Tenth Avenue
> Post Office Box 1270
> Bowling Green, Kentucky 42102-1270
> Telephone: (270) 782-3938
>
> /s/ Scott A. Bachert
> SCOTT A. BACHERT

CERTIFICATION:

      This is to certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court this day, July 23, 2008, by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Hon. Lucia Nale | |
| Hon. Diane Renae Sabol | Hon. Robert T. Kuehl |
| Hon. Nicole J. Highland | WELTMAN, WEINBERG & REIS CO., L.P.A. |
| MAYER BROWN LLP | 180 N. LaSalle Street, Suite 2400 |
| 71 South Wacker Drive | Chicago, Illinois 60601 |
| Chicago, Illinois 630606-4637 | |

      This is to certify that a true and correct copy of the foregoing document was this day, July 23, 2008, placed in the US Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Hon. Leroy Simms | Sapphire Supply, LLC |
| 6061 Savoy Drive | c/o: Surinder Multani, Registered Agent |
| Houston, Texas 77036 | 2015 S. Arlington Hts. Rd. #120 |
| | Arlington Heights, Illinois 60005 |
| Hon. James O. Stola | |
| 3701 West Fullerton Avenue | JGG Investments, LLC |
| Chicago, Illinois 60647 | c/o: Kishor Shah, Registered Agent |
| | 5 Whippoorwill Court |
| Surinder Multani | Roselle, Illinois 60172 |
| 302 Midwest Club | |
| Oak Brook, Illinois 60523 | ABBE Capital and Leasing, LLC |
| | c/o: Surinder Multani, Registered Agent |
| Safanpreet Multani | 2015 S. Arlington Hts. Rd. #120 |
| 302 Midwest Club | Arlington Heights, Illinois 60005 |
| Oak Brook, Illinois 60523 | |
| | ABBE Management Group, LLC |
| Surinder Multani | c/o: Robert S. Luce, Registered Agent |
| 24 Bright Ridge Drive | 399 Quentin Rd. Ste. A |
| Schaumburg, Illinois 60194 | Palatine, Illinois 60067 |
| | |
| Safanpreet Multani | Babaji PS, LLC |
| 24 Bright Ridge Drive | c/o: Narendra Bhalla, Registered Agent |
| Schaumburg, Illinois 60194 | 1718 Fry Road, Suite 415 |
| | Houston, Texas 77084 |
| ABBE Properties, LLC | |
| c/o: Surinder Multani, Registered Agent | Capital Access & Investments, LLC |
| 2015 S. Arlington Hts. Rd. #120 | c/o: Narendra Bhalla, Registered Agent |
| Arlington Heights, Illinois 60005 | 1718 Fry Road, Suite 415 |
| | Houston, Texas 77084 |

G & S Portage, Inc.
c/o: Ajai Agnihotri, Registered Agent
1856 Samuelson Road
Portage, Indiana 46368

/s/ Scott A. Bachert
SCOTT A. BACHERT



### LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | ABBE CAPITAL AND LEASING, LLC | File Number | 00919772 |
| Status | NGS | On | 05/01/2008 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 05/15/2003 | Jurisdiction | IL |
| Agent Name | SURINDER S. MULTANI | Agent Change Date | 05/15/2003 |
| Agent Street Address | 2015 S ARLINGTON HTS RD #120 | Principal Office | 2015 S ARLINGTON HTS RD #120<br>ARLINGTON HEIGHTS 60005 |
| Agent City | ARLINGTON HEIGHTS | Management Type | MBR |
| Agent Zip | 60005 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

http://www.ilsos.gov/corporatellc/CorporateLlcController                                    7/22/2008
                                                                                              EXHIBIT A



### LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | ABBE CAPITAL AND LEASING, LLC | File Number | 00919772 |
| Status | NGS | On | 05/01/2008 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 05/15/2003 | Jurisdiction | IL |
| Agent Name | SURINDER S. MULTANI | Agent Change Date | 05/15/2003 |
| Agent Street Address | 2015 S ARLINGTON HTS RD #120 | Principal Office | 2015 S ARLINGTON HTS RD #120<br>ARLINGTON HEIGHTS 60005 |
| Agent City | ARLINGTON HEIGHTS | Management Type | MBR |
| Agent Zip | 60005 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

GD Deal Holdings, LLC

vs.   Surinder Multani, et al.

Case Number   08 CV 1722

## AFFIDAVIT OF SERVICE

I, Ronald Steffens, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 11 day of April, 2008, at 08:15 PM at 24 Bright Ridge, Schaumburg, IL 60194, did serve the following document(s):

**Summons and Complaint**

Upon:  **Abbe Capital and Leasing, LLC**

By:  ☑ Personally serving to:  Surinder Multani

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 24 Bright Ridge, Schaumburg, IL 60194 on

| Description: | Sex | Male | Race | Middle Eastern | Approximate Age | 56 |
|---|---|---|---|---|---|---|
| | Height | 5'10 | Weight | 160 | Hair Color | Black |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ronald Steffens
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                                       PLAINTIFF

v.

SURINDER MULTANI, et al.                                                                                DEFENDANTS

## AFFIDAVIT OF SCOTT A. BACHERT

Scott A. Bachert, being sworn, deposes and says:

1. He is attorney for GD Deal Holdings, LLC, Plaintiff and judgment creditor in the above-entitled action, and makes this Affidavit in support of Plaintiff's foregoing Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in ABBE Capital and Leasing, LLC.

2. On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from the date of judgment until paid.

3. On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

4. The judgment remains outstanding and unsatisfied.

5. Affiant is informed and believes, and on that basis alleges, that Surinder Multani is a member of ABBE Capital and Leasing, LLC and the interest of Surinder Multani may properly be charged with the unpaid judgment in this action.

6. ABBE Capital and Leasing, LLC was served with process on April 11, 2008.

7. ABBE Capital and Leasing, LLC has failed to file responsive pleadings herein.

EXHIBIT C

8. Affiant has received no pleadings or papers from ABBE Capital and Leasing, LLC.

This the 23rd day of July, 2008.

_____
SCOTT A. BACHERT

COMMONWEALTH OF KENTUCKY )
)
COUNTY OF WARREN )

Subscribed, sworn to and acknowledged before me by Scott A. Bachert, on this the 23rd day of July, 2008.

_____
Sheila Stephens
NOTARY PUBLIC
My Commission Expires: 8/29/09

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                    PLAINTIFF

vs.     **DEFAULT JUDGMENT AS AGAINST ABBE CAPITAL AND LEASING, LLC**
        **AND ORDER ENTERING CHARGING ORDER**

SURINDER MULTANI, et al.                                                              DEFENDANTS

\*\* \*\* \*\*

This matter having come before the Court on GD Deal Holdings, LLC's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in ABBE Capital and Leasing, LLC, the Court finds as follows:

1.  On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate.

2.  On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

3.  The judgment has not been satisfied.

4.  GD Deal Holdings, LLC is entitled as a matter of right under 805 ILCS 180/30-20 to a charging order against any interest of Surinder Multani in a limited liability company. There is no just reason for delay in entry of a charging order.

5.  Surinder Multani is a member of ABBE Capital and Leasing, LLC.

6.  The records on file with the Illinois Secretary of State demonstrate that Surinder Multani serves as ABBE Capital and Leasing, LLC's registered agent.

7.  ABBE Capital and Leasing, LLC was served with process and a copy of the Complaint on April 11, 2008 and has failed to file responsive pleadings; therefore, being in default.

THEREFORE, IT IS ORDERED that the Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED by the Court that the interest of Surinder Multani as a member of ABBE Capital and Leasing, LLC be and is hereby subjected to an encumbrance and charging order in favor of and for the benefit of GD Deal Holdings, LLC.

IT IS FURTHER ORDERED by the Court that ABBE Capital and Leasing, LLC pay over to GD Deal Holdings, LLC such amounts as may from time to time become payable or distributable to Surinder Multani by reason of his interest in ABBE Capital and Leasing, LLC.

IT IS FURTHER ORDERED by the Court that Surinder Multani pay to GD Deal Holdings, LLC such amounts as may from time to time become payable or distributable to Surinder Multani by reason of his interest in ABBE Capital and Leasing, LLC.

IT IS FURTHER ORDERED by the Court that ABBE Capital and Leasing, LLC produce, within fifteen (15) days of the date of this Order, a copy of all operating agreements for ABBE Capital and Leasing, LLC and/or any other agreement controlling the interest of Surinder Multani, with such documents to be provided to GD Deal Holdings, LLC's attorney, together with evidence showing the value of the capital and/or income attributable to the interest of Surinder Multani in ABBE Capital and Leasing, LLC and copies of any and all tax returns filed during the last three (3) years on behalf of ABBE Capital and Leasing, LLC.

IT IS FURTHER ORDERED by the Court that ABBE Capital and Leasing, LLC file with the Clerk of this Court, within fifteen (15) days of the date of this Order, a sworn statement reporting to the Court all amounts distributable or payable to Surinder Multani at the time of this Order. In such sworn statement, ABBE Capital and Leasing, LLC shall state the value at the time of entry of this

Order of both the capital and income account attributable to Surinder Multani's interest in ABBE Capital and Leasing, LLC.

Jurisdiction is retained for such further orders and proceedings as may be necessary.

DATED, this the _____ day of _____, 2008.

                                                      _____
                                                      JUDGE, UNITED STATES DISTRICT COURT
                                                       NORTHERN DISTRICT OF ILLINOIS

Tendered by:

THOMAS M. FALKENBERG
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3200

-and-

HARNED, BACHERT & DENTON, LLP
324 East Tenth Avenue
Post Office Box 1270
Bowling Green, Kentucky  42102-1270
Telephone:  (270) 782-3938

/s/ Scott A. Bachert
SCOTT A. BACHERT