**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                               PLAINTIFF

v.

SURINDER MULTANI, et al.                                                                        DEFENDANTS

## MOTION FOR DEFAULT JUDGMENT AND ENTRY OF CHARGING ORDER AGAINST JUDGMENT DEBTOR'S INTEREST IN SAPPHIRE SUPPLY, LLC

Comes now the Plaintiff, GD Deal Holdings, LLC ("GD Deal Holdings"), by and through counsel, and, pursuant to FED. R. CIV. P. 54, FED. R. CIV. P. 69, and 805 ILCS 180/30-20, for its Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Sapphire Supply, LLC ("Sapphire Supply"), states as follows:

1.      On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from the date of judgment until paid.

2.      On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

3.      GD Deal Holdings is informed, and on the basis of such information and belief alleges, that Surinder Multani is a member of Sapphire Supply. A copy of a page from Surinder Multani's 2004 1040 Tax Return demonstrating ownership in Sapphire Supply is attached hereto as "Exhibit A". A copy of a printout from the Illinois Secretary of State's website demonstrating that Surinder Multani is the registered agent for service of process for Sapphire Supply is attached hereto as "Exhibit B".

4. Sapphire Supply was served with process on April 11, 2008, and has failed to file responsive pleadings herein within twenty (20) days thereafter, said Defendant being in default. A copy of an Affidavit of Service on Sapphire Supply is attached hereto as "Exhibit C".

5. GD Deal Holdings is entitled, under FED. R. CIV. P. 69 and 805 ILCS 180/30-20, to a charging order against the interest of Surinder Multani in Sapphire Supply.

6. The instant Motion is based on the Affidavit of counsel for GD Deal Holdings, attached hereto as "Exhibit D", and all the pleadings, records and papers on file in this action.

WHEREFORE, the Plaintiff, GD Deal Holdings, LLC, requests:

1. An Order requiring Sapphire Supply to produce a copy of all agreements concerning Surinder Multani's interest and the interest of other members in Sapphire Supply, together with evidence showing the interest of Surinder Multani in the income of Sapphire Supply;

2. A charging order against Surinder Multani's interest in Sapphire Supply or any other entity or joint venture in which Surinder Multani has an interest; and

3. Such further relief, at law or in equity, that the Court deems just and proper.

This day, July 23, 2008.

    THOMAS M. FALKENBERG
    WILLIAMS MONTGOMERY & JOHN LTD.
    20 North Wacker Drive, Suite 2100
    Chicago, Illinois 60606-3094
    Telephone: (312) 443-3200

    -and-

    HARNED, BACHERT & DENTON, LLP
    324 East Tenth Avenue
    Post Office Box 1270
    Bowling Green, Kentucky 42102-1270
    Telephone: (270) 782-3938

    /s/ Scott A. Bachert
    SCOTT A. BACHERT

CERTIFICATION:

      This is to certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court this day, July 23, 2008, by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Hon. Lucia Nale<br>Hon. Diane Renae Sabol<br>Hon. Nicole J. Highland<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 630606-4637 | Hon. Robert T. Kuehl<br>WELTMAN, WEINBERG & REIS CO., L.P.A.<br>180 N. LaSalle Street, Suite 2400<br>Chicago, Illinois 60601 |

      This is to certify that a true and correct copy of the foregoing document was this day, July 23, 2008, placed in the US Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Hon. Leroy Simms<br>6061 Savoy Drive<br>Houston, Texas 77036 | Sapphire Supply, LLC<br>c/o: Surinder Multani, Registered Agent<br>2015 S. Arlington Hts. Rd. #120<br>Arlington Heights, Illinois 60005 |
| Hon. James O. Stola<br>3701 West Fullerton Avenue<br>Chicago, Illinois 60647 | JGG Investments, LLC<br>c/o: Kishor Shah, Registered Agent<br>5 Whippoorwill Court<br>Roselle, Illinois 60172 |
| Surinder Multani<br>302 Midwest Club<br>Oak Brook, Illinois 60523 | ABBE Capital and Leasing, LLC<br>c/o: Surinder Multani, Registered Agent<br>2015 S. Arlington Hts. Rd. #120<br>Arlington Heights, Illinois 60005 |
| Safanpreet Multani<br>302 Midwest Club<br>Oak Brook, Illinois 60523 | ABBE Management Group, LLC<br>c/o: Robert S. Luce, Registered Agent<br>399 Quentin Rd. Ste. A<br>Palatine, Illinois 60067 |
| Surinder Multani<br>24 Bright Ridge Drive<br>Schaumburg, Illinois 60194 | |
| Safanpreet Multani<br>24 Bright Ridge Drive<br>Schaumburg, Illinois 60194 | Babaji PS, LLC<br>c/o: Narendra Bhalla, Registered Agent<br>1718 Fry Road, Suite 415<br>Houston, Texas 77084 |
| ABBE Properties, LLC<br>c/o: Surinder Multani, Registered Agent<br>2015 S. Arlington Hts. Rd. #120<br>Arlington Heights, Illinois 60005 | Capital Access & Investments, LLC<br>c/o: Narendra Bhalla, Registered Agent<br>1718 Fry Road, Suite 415<br>Houston, Texas 77084 |

                G & S Portage, Inc.
                c/o: Ajai Agnihotri, Registered Agent
                1856 Samuelson Road
                Portage, Indiana 46368

/s/ Scott A. Bachert
SCOTT A. BACHERT

11/04/2005  17:02                                                                No. 1736  P. 6
Nov. 4. 2005  4:01PM

Schedule E (Form 1040) 2004                              13                                    Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.     Your social security number

Surinder & Safanpreet K Multani

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II  Income or Loss From Partnerships and S Corporations

Note. If you report a loss from an at-risk activity for which any amount is not at risk, you must check column (e) on line 28 and attach Form 6198. See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ..... ☐ Yes ☒ No
If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | Abbe Management Group LLC | S | | 14-1885935 | |
| B | Sapphire Supply LLC | S | | 56-2389655 | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | 58,000. | 246,644. |
| B | | | | | 56,268. |
| C | | | | | |
| D | | | | | |

29 a Totals .............                                                                302,912.
   b Totals .............                                              58,000.
30  Add columns (g) and (j) of line 29a ....................................... 30    302,912.
31  Add columns (f), (h), and (i) of line 29b ................................. 31    -58,000.
32  Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and
    include in the total on line 41 below ...................................... 32    244,912.

### Part III  Income or Loss From Estates and Trusts

| 33 | (a) Name | | (b) Employer ID no. |
|---|---|---|---|
| A | | | |
| B | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |

34 a Totals .............
   b Totals .............
35  Add columns (d) and (f) of line 34a .......................................... 35
36  Add columns (c) and (e) of line 34b .......................................... 36
37  Total estate and trust income or (loss). Combine lines 35 and 36. Enter the
    result here and include in the total on line 41 below ....................... 37

### Part IV  Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39  Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below .......... 39

### Part V  Summary

40  Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ............................. 40
41  Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on
    Form 1040, line 17 ............................................................................... ▶ 41    244,912.
42  Reconciliation of farming and fishing income. Enter your gross farming
    and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065),
    box 14, code B; Schedule K-1 (Form 1120S), box 17, code N; and Schedule K-1
    (Form 1041), line 14 (see instructions) .................................... 42
43  Reconciliation for real estate professionals. If you were a real estate
    professional (see instructions), enter the net income or (loss) you reported
    anywhere on Form 1040 from all rental real estate activities in which you
    materially participated under the passive activity loss rules ............. 43

BAA                                      FDIZ2302  03/12/04                          Schedule E (Form 1040) 2004

EXHIBIT A



### SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | SAPPHIRE SUPPLY, LLC | File Number | 00919802 |
| Status | NGS | On | 05/01/2008 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 05/15/2003 | Jurisdiction | IL |
| Agent Name | SURINDER S. MULTANI | Agent Change Date | 05/15/2003 |
| Agent Street Address | 2015 S ARLINGTON HTS RD #120 | Principal Office | 2015 S ARLINGTON HTS RD #120<br>ARLINGTON HEIGHTS 60005 |
| Agent City | ARLINGTON HEIGHTS | Management Type | MBR |
| Agent Zip | 60005 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |
| Assumed Name | INACTIVE - SAPPHIRE CONSULTING | | |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

GD Deal Holdings, LLC

vs.  Surinder Multani, et al.

Case Number   08 CV 1722

### AFFIDAVIT OF SERVICE

I, Ronald Steffens, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 11 day of April, 2008, at 08:15 PM at 24 Bright Ridge, Schaumburg, IL 60194, did serve the following document(s):

**Summons and Complaint**

Upon:  **Sapphire Supply, LLC**

By:  ☑ Personally serving to:  Surinder Multani

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant

at 24 Bright Ridge, Schaumburg, IL 60194 on

| Description: | Sex | **Male** | Race | **Middle Eastern** | Approximate Age | **56** |
|---|---|---|---|---|---|---|
| | Height | **5'10** | Weight | **160** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ronald Steffens
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                        PLAINTIFF

v.

SURINDER MULTANI, et al.                                    DEFENDANTS

### AFFIDAVIT OF SCOTT A. BACHERT

Scott A. Bachert, being sworn, deposes and says:

1. He is attorney for GD Deal Holdings, LLC, Plaintiff and judgment creditor in the above-entitled action, and makes this Affidavit in support of Plaintiff's foregoing Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Sapphire Supply, LLC.

2. On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from the date of judgment until paid.

3. On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

4. The judgment remains outstanding and unsatisfied.

5. Affiant is informed and believes, and on that basis alleges, that Surinder Multani is a member of Sapphire Supply, LLC and the interest of Surinder Multani may properly be charged with the unpaid judgment in this action.

6. Sapphire Supply, LLC was served with process on April 11, 2008.

7. Sapphire Supply, LLC has failed to file responsive pleadings herein.

8. Affiant has received no pleadings or papers from Sapphire Supply, LLC.

This the 23rd day of July, 2008.

_____
SCOTT A. BACHERT

COMMONWEALTH OF KENTUCKY )
                         )
COUNTY OF WARREN         )

Subscribed, sworn to and acknowledged before me by Scott A. Bachert, on this the 23rd day of July, 2008.

_____
Sheila Stephens
NOTARY PUBLIC
My Commission Expires: 8/25/09

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                                     PLAINTIFF

|                    | **DEFAULT JUDGMENT AS AGAINST SAPPHIRE SUPPLY, LLC** |
| vs.                | **AND ORDER ENTERING CHARGING ORDER**                |

SURINDER MULTANI, et al.                                                                                DEFENDANTS

\*\* \*\* \*\*

This matter having come before the Court on GD Deal Holdings, LLC's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Sapphire Supply, LLC, the Court finds as follows:

1. On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate.

2. On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

3. The judgment has not been satisfied.

4. GD Deal Holdings, LLC is entitled as a matter of right under 805 ILCS 180/30-20 to a charging order against any interest of Surinder Multani in a limited liability company. There is no just reason for delay in entry of a charging order.

5. Surinder Multani is a member of Sapphire Supply, LLC.

6. The records on file with the Illinois Secretary of State demonstrate that Surinder Multani serves as Sapphire Supply, LLC's registered agent.

7. Sapphire Supply, LLC was served with process and a copy of the Complaint on April 11, 2008 and has failed to file responsive pleadings; therefore, being in default.

THEREFORE, IT IS ORDERED that the Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED by the Court that the interest of Surinder Multani as a member of Sapphire Supply, LLC be and is hereby subjected to an encumbrance and charging order in favor of and for the benefit of GD Deal Holdings, LLC.

IT IS FURTHER ORDERED by the Court that Sapphire Supply, LLC pay over to GD Deal Holdings, LLC such amounts as may from time to time become payable or distributable to Surinder Multani by reason of his interest in Sapphire Supply, LLC.

IT IS FURTHER ORDERED by the Court that Surinder Multani pay to GD Deal Holdings, LLC such amounts as may from time to time become payable or distributable to Surinder Multani by reason of his interest in Sapphire Supply, LLC.

IT IS FURTHER ORDERED by the Court that Sapphire Supply, LLC produce, within fifteen (15) days of the date of this Order, a copy of all operating agreements for Sapphire Supply, LLC and/or any other agreement controlling the interest of Surinder Multani, with such documents to be provided to GD Deal Holdings, LLC's attorney, together with evidence showing the value of the capital and/or income attributable to the interest of Surinder Multani in Sapphire Supply, LLC and copies of any and all tax returns filed during the last three (3) years on behalf of Sapphire Supply, LLC.

IT IS FURTHER ORDERED by the Court that Sapphire Supply, LLC file with the Clerk of this Court, within fifteen (15) days of the date of this Order, a sworn statement reporting to the Court all amounts distributable or payable to Surinder Multani at the time of this Order.  In such sworn statement, Sapphire Supply, LLC shall state the value at the time of entry of this Order of both the capital and income account attributable to Surinder Multani's interest in Sapphire Supply, LLC.

Jurisdiction is retained for such further orders and proceedings as may be necessary.

DATED, this the _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Tendered by:

THOMAS M. FALKENBERG
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3200

-and-

HARNED, BACHERT & DENTON, LLP
324 East Tenth Avenue
Post Office Box 1270
Bowling Green, Kentucky  42102-1270
Telephone:  (270) 782-3938

/s/ Scott A. Bachert
SCOTT A. BACHERT