**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                          PLAINTIFF

v.

SURINDER MULTANI, et al.                                                                  DEFENDANTS

**MOTION FOR DEFAULT JUDGMENT AND**
**ENTRY OF CHARGING ORDER AGAINST**
**JUDGMENT DEBTOR'S INTEREST IN CAPITAL ACCESS & INVESTMENTS, LLC**

Comes now the Plaintiff, GD Deal Holdings, LLC ("GD Deal Holdings"), by and through counsel, and, pursuant to FED. R. CIV. P. 54, FED. R. CIV. P. 69, and 805 ILCS 180/30-20, for its Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Capital Access & Investments, LLC ("Capital Access & Investments"), states as follows:

1.      On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from the date of judgment until paid.

2.      On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

3.      GD Deal Holdings is informed, and on the basis of such information and belief alleges, that Surinder Multani is a member of Capital Access & Investments. A copy of the Certificate of Formation for Capital Access & Investments demonstrating Surinder Multani's membership is attached hereto as "Exhibit A".

4.      Capital Access & Investments was served with process on March 31, 2008, and has failed to file responsive pleadings herein within twenty (20) days thereafter, said Defendant being in

default. A copy of the certified mail receipt for the Summons served on the registered agent for Capital Access & Investments is attached hereto as "Exhibit B".

5. GD Deal Holdings is entitled, under FED. R. CIV. P. 69 and 805 ILCS 180/30-20, to a charging order against the interest of Surinder Multani in Capital Access & Investments.

6. The instant Motion is based on the Affidavit of counsel for GD Deal Holdings, attached hereto as "Exhibit C", and all the pleadings, records and papers on file in this action.

WHEREFORE, the Plaintiff, GD Deal Holdings, LLC, requests:

1. An Order requiring Capital Access & Investments to produce a copy of all agreements concerning Surinder Multani's interest and the interest of other members in Capital Access & Investments, together with evidence showing the interest of Surinder Multani in the income of Capital Access & Investments;

2. A charging order against Surinder Multani's interest in Capital Access & Investments or any other entity or joint venture in which Surinder Multani has an interest; and

3. Such further relief, at law or in equity, that the Court deems just and proper.

This day, July 23, 2008.

        THOMAS M. FALKENBERG
        WILLIAMS MONTGOMERY & JOHN LTD.
        20 North Wacker Drive, Suite 2100
        Chicago, Illinois 60606-3094
        Telephone: (312) 443-3200

        -and-

        HARNED, BACHERT & DENTON, LLP
        324 East Tenth Avenue
        Post Office Box 1270
        Bowling Green, Kentucky  42102-1270
        Telephone:  (270) 782-3938

        /s/ Scott A. Bachert
        SCOTT A. BACHERT

CERTIFICATION:

      This is to certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court this day, July 23, 2008, by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Hon. Lucia Nale | |
| Hon. Diane Renae Sabol | Hon. Robert T. Kuehl |
| Hon. Nicole J. Highland | WELTMAN, WEINBERG & REIS CO., L.P.A. |
| MAYER BROWN LLP | 180 N. LaSalle Street, Suite 2400 |
| 71 South Wacker Drive | Chicago, Illinois 60601 |
| Chicago, Illinois 630606-4637 | |

      This is to certify that a true and correct copy of the foregoing document was this day, July 23, 2008, placed in the US Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Hon. Leroy Simms | Sapphire Supply, LLC |
| 6061 Savoy Drive | c/o: Surinder Multani, Registered Agent |
| Houston, Texas 77036 | 2015 S. Arlington Hts. Rd. #120 |
| | Arlington Heights, Illinois 60005 |
| Hon. James O. Stola | |
| 3701 West Fullerton Avenue | JGG Investments, LLC |
| Chicago, Illinois 60647 | c/o: Kishor Shah, Registered Agent |
| | 5 Whippoorwill Court |
| Surinder Multani | Roselle, Illinois 60172 |
| 302 Midwest Club | |
| Oak Brook, Illinois 60523 | ABBE Capital and Leasing, LLC |
| | c/o: Surinder Multani, Registered Agent |
| Safanpreet Multani | 2015 S. Arlington Hts. Rd. #120 |
| 302 Midwest Club | Arlington Heights, Illinois 60005 |
| Oak Brook, Illinois 60523 | |
| | ABBE Management Group, LLC |
| Surinder Multani | c/o: Robert S. Luce, Registered Agent |
| 24 Bright Ridge Drive | 399 Quentin Rd. Ste. A |
| Schaumburg, Illinois 60194 | Palatine, Illinois 60067 |
| | |
| Safanpreet Multani | Babaji PS, LLC |
| 24 Bright Ridge Drive | c/o: Narendra Bhalla, Registered Agent |
| Schaumburg, Illinois 60194 | 1718 Fry Road, Suite 415 |
| | Houston, Texas 77084 |
| ABBE Properties, LLC | |
| c/o: Surinder Multani, Registered Agent | Capital Access & Investments, LLC |
| 2015 S. Arlington Hts. Rd. #120 | c/o: Narendra Bhalla, Registered Agent |
| Arlington Heights, Illinois 60005 | 1718 Fry Road, Suite 415 |
| | Houston, Texas 77084 |

G & S Portage, Inc.
c/o: Ajai Agnihotri, Registered Agent
1856 Samuelson Road
Portage, Indiana 46368


/s/ Scott A. Bachert
SCOTT A. BACHERT



Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

**Certificate of Formation
Limited Liability Company**

Filed in the Office of the
Secretary of State of Texas
Filing #: 800872860 09/19/2007
Document #: 186288920008
Image Generated Electronically
for Web Filing

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Capital Access & Investments, LLC.**

The name of the entity must contain the words "Limited Liability Company" or "Limited Company," or an accepted abbreviation of such terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

## Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Narendra   Bhalla**

C. The business address of the registered agent and the registered office address is:

Street Address:
**1718 Fry Road
Suite 415  Houston  TX  77084**

## Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.
The names and addresses of the governing persons are set forth below:

Managing Member 1: **Narendra   Bhalla**  Title: **Managing Member**
Address: **1718 Fry Road  Suite 415  Houston  TX, USA  77084**

Managing Member 2: **Newman   J  Pepitone**  Title: **Managing Member**
Address: **1718 Fry Road  Suite 415  Houston  TX, USA  77084**

Managing Member 3: **Anas   El Aaddaoui**  Title: **Managing Member**
Address: **1718 Fry Road  Suite 415  Houston  TX, USA  77084**

Managing Member 4: **Surinder   P  Multani**  Title: **Managing Member**
Address: **1718 Fry Road  Suite 415  Houston  TX, USA  77084**

Managing Member 5: **Moulay   Z  El Oudghiri**  Title: **Managing Member**
Address: **1718 Fry Road  Suite 415  Houston  TX, USA  77084**

## Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

EXHIBIT A

## Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Moulay El Oudghiri**   **1718 Fry Road, Suite 415, Houston, TX 77084**

## Effectiveness of Filing

☐ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☑ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: **September 20, 2007**

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**Moulay Z El Oudghiri**

Signature of Organizer

FILING OFFICE COPY

**2. Article Number**

7160 3901 9845 2711 1511

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**
Capital Access & Investments, LLC
c/o Narendra Bhalla, Registered Agent
1718 Fry Road, Suite 415
Houston, TX 77084

RETURN RECEIPT REQUESTED
USPS MAIL CARRIER
DETACH ALONG PERFORATION

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

27752.00BUBV                           TFF
PS Form 3811, January 2005    Domestic Return Receipt

EXHIBIT B



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7160 3901 9845 2711 1511**
Status: **Delivered**

Your item was delivered at 2:58 pm on March 31, 2008 in HOUSTON, TX 77084. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )



Track & Confirm
Enter Label/Receipt Number.

( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                        PLAINTIFF

v.

SURINDER MULTANI, et al.                                     DEFENDANTS

### AFFIDAVIT OF SCOTT A. BACHERT

Scott A. Bachert, being sworn, deposes and says:

1. He is attorney for GD Deal Holdings, LLC, Plaintiff and judgment creditor in the above-entitled action, and makes this Affidavit in support of Plaintiff's foregoing Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Capital Access & Investments, LLC.

2. On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from the date of judgment until paid.

3. On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

4. The judgment remains outstanding and unsatisfied.

5. Affiant is informed and believes, and on that basis alleges, that Surinder Multani is a member of Capital Access & Investments, LLC and the interest of Surinder Multani may properly be charged with the unpaid judgment in this action.

6. Capital Access & Investments, LLC was served with process on March 31, 2008.

7. Capital Access & Investments, LLC has failed to file responsive pleadings herein.

EXHIBIT C

8. Affiant has received no pleadings or papers from Capital Access & Investments, LLC.

This the 23rd day of July, 2008.

_____
SCOTT A. BACHERT

COMMONWEALTH OF KENTUCKY  )
                          )
COUNTY OF WARREN          )

Subscribed, sworn to and acknowledged before me by Scott A. Bachert, on this the 23rd day of July, 2008.

_____
Sheila Stephens
NOTARY PUBLIC
My Commission Expires: 8/25/09

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                                                 PLAINTIFF

vs.

SURINDER MULTANI, et al.                                                              DEFENDANTS

### DEFAULT JUDGMENT AS AGAINST CAPITAL ACCESS & INVESTMENTS, LLC AND ORDER ENTERING CHARGING ORDER

This matter having come before the Court on GD Deal Holdings, LLC's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Capital Access & Investments, LLC, the Court finds as follows:

1. On May 11, 2007, the United States District Court for the Western District of Kentucky granted a judgment to GD Deal Holdings against Surinder Multani for the recovery of $10,048,295.12 with interest thereon at the judgment rate.

2. On September 4, 2007, GD Deal Holdings registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965.

3. The judgment has not been satisfied.

4. GD Deal Holdings, LLC is entitled as a matter of right under 805 ILCS 180/30-20 to a charging order against any interest of Surinder Multani in a limited liability company. There is no just reason for delay in entry of a charging order.

5. Surinder Multani is a member of Capital Access & Investments, LLC.

6. Capital Access & Investments, LLC was served with process and a copy of the Complaint on March 31, 2008 and has failed to file responsive pleadings; therefore, being in default.

THEREFORE, IT IS ORDERED that the Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED by the Court that the interest of Surinder Multani as a member of Capital Access & Investments, LLC be and is hereby subjected to an encumbrance and charging order in favor of and for the benefit of GD Deal Holdings, LLC.

IT IS FURTHER ORDERED by the Court that Capital Access & Investments, LLC pay over to GD Deal Holdings, LLC such amounts as may from time to time become payable or distributable to Surinder Multani by reason of his interest in Capital Access & Investments, LLC.

IT IS FURTHER ORDERED by the Court that Surinder Multani pay to GD Deal Holdings, LLC such amounts as may from time to time become payable or distributable to Surinder Multani by reason of his interest in Capital Access & Investments, LLC.

IT IS FURTHER ORDERED by the Court that Capital Access & Investments, LLC produce, within fifteen (15) days of the date of this Order, a copy of all operating agreements for Capital Access & Investments, LLC and/or any other agreement controlling the interest of Surinder Multani, with such documents to be provided to GD Deal Holdings, LLC's attorney, together with evidence showing the value of the capital and/or income attributable to the interest of Surinder Multani in Capital Access & Investments, LLC and copies of any and all tax returns filed during the last three (3) years on behalf of Capital Access & Investments, LLC.

IT IS FURTHER ORDERED by the Court that Capital Access & Investments, LLC file with the Clerk of this Court, within fifteen (15) days of the date of this Order, a sworn statement reporting to the Court all amounts distributable or payable to Surinder Multani at the time of this Order. In such sworn statement, Capital Access & Investments, LLC shall state the value at the time of entry

of this Order of both the capital and income account attributable to Surinder Multani's interest in Capital Access & Investments, LLC.

Jurisdiction is retained for such further orders and proceedings as may be necessary.

DATED, this the _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Tendered by:

THOMAS M. FALKENBERG
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3200

-and-

HARNED, BACHERT & DENTON, LLP
324 East Tenth Avenue
Post Office Box 1270
Bowling Green, Kentucky  42102-1270
Telephone:  (270) 782-3938

/s/ Scott A. Bachert
SCOTT A. BACHERT