Firm I.D. #412                                                    Document #: 772972

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GD DEAL HOLDINGS, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Court No. 08-CV-1722 |
| | ) | |
| SURINDER MULTANI; ABBE PROPERTIES, LLC; SAPPHIRE SUPPLY, LLC; JGG INVESTMENTS, LLC; ABBE CAPITAL AND LEASING, LLC; ABBE MANAGEMENT GROUP, LLC; FIFTH THIRD BANK; CITIBANK; VENDOR CAPITAL GROUP; BABAJI PS, LLC; CAPITAL ACCESS & INVESTMENTS, LLC; PETROZONE PETROLEUM II, INC.; G & S PORTAGE, INC.; SAFANPREET MULTANI; AND SURINDER MULTANI, IN HIS CAPACITY AS TRUSTEE FOR GURPRIYA KAUR MULTANI IRREVOCABLE TRUST, GURPAP SINGH MULTANI IRREVOCABLE TRUST, AND JAPVI SINGH MULTANI IRREVOCABLE TRUST, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | HON. JUDGE ELAINE E. BUCKLO |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Diane R. Sabol, Lucia Nale, Nicole J. Highland, Mayer Brown, LLP, 71 South Wacker Drive, Chicago, IL 60606-4637

Scott A. Bachert, William F. Coddell, Harned, Bachert & Denton LLP, 324 East Tenth Avenue, P.O. Box 1270, Bowling Green, KY 42102-1270

James O. Stola, 3701 W. Fullerton Avenue, Chicago, IL 60647

You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, before the following judge or other judge sitting in her stead at the place and time specified and ask for a hearing on the following:

Plaintiff's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Sapphire Supply, LLC

Plaintiff's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in JGG Investments, LLC

Plaintiff's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Capital Access & Investments, LLC

Plaintiff's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Babajips, LLC

Plaintiff's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Abbe Properties, LLC

Plaintiff's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Abbe Management Group, LLC

Plaintiff's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Sapphire Supply, LLC

Plaintiff's Motion for Default Judgment and Entry of Charging Order Against Judgment Debtor's Interest in Abbe Capital and Leasing, LLC

electronically filed on July 23, 2008.

| Judge | Room | Date | Time |
| --- | --- | --- | --- |
| Judge Elaine E. Bucklo | 1441 | August 7, 2008 | 9:30 a.m. |

WILLIAMS MONTGOMERY & JOHN LTD.

　　 /s/ *Thomas F. Falkenberg*
THOMAS F. FALKENBERG

Attorneys for the Plaintiff
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
312-443-3200

**CERTIFICATE OF SERVICE**

    I, Thomas F. Falkenberg, hereby certify that on July 24, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

                                                 */s/ Thomas F. Falkenberg*