UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08CV1722

GD DEAL HOLDINGS, LLC, , PLAINTIFF
V.
SURINDER MULTANI; ABBE PROPERTIES, LLC;
SAPPHIRE SUPPLY, LLC; JGG INVESTMENTS, LLC;
ABBE CAPITAL AND LEASING, LLC;
ABBE MANAGEMENT GROUP, LLC;
FIFTH THIRD BANK; CITIBANK;
VENDOR CAPITAL GROUP; BABAJIPS,LLC;
CAPITAL ACCESS & INVESTMENTS, LLC;
PETROZONE PETROLEUM II, INC.;
G & S PORTAGE, INC.; SAFANPREET MULTANI; AND
SURINDER MULTANI, IN HIS CAPACITY AS TRUSTEE
FOR GURPRIYA KAUR MULTANI IRREVOCABLE TRUST,
GURPAP SINGH MULTANI IRREVOCABLE TRUST, AND
JAPVI SINGH MULTANI IRREVOCABLE TRUST, DEFENDANTS.

## CERTIFICATE OF SERVICE

On the 26th day of July, 2008, true and correct copies of the Appearance, Motion for Leave to File Appearance and Answer and Answer were delivered via electronic transmission through CM/ECF to:

| | |
|---|---|
| Scott A. Bachert | Thomas F. Falkenberg |
| William F. Codell | Williams Montgomery & John Ltd. |
| Harned, Bachert & Denton, LLP | 20 North Wacker Drive |
| 324 East Tenth Avenue | Suite 2100 |
| Post Office Box 1270 | Chicago, Illinois |
| Bowling Green, Kentucky 42102-1270 | 60606-3094 |

s/James O. Stola
James O. Stola