IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GD DEAL HOLDINGS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-CV-1722 |
| | ) | |
| SURINDER MULTANI; ABBE PROPERTIES, LLC; SAPPHIRE SUPPLY, LLC; JGG INVESTMENTS, LLC; ABBE CAPITAL AND LEASING, LLC; ABBE MANAGEMENT GROUP, LLC; FIFTH THIRD BANK; CITIBANK VENDOR CAPITAL GROUP; BABAJI PS, LLC; CAPITAL ACCESS & INVESTMENTS, LLC; PETROZONE PETROLEUM II, INC.; G & S PORTAGE, INC.; SAFANPREET MULTANI; AND SURINDER MULTANI, IN HIS CAPACITY AS TRUSTEE FOR GURPRIYA KAUR MULTANI IRREVOCABLE TRUST, GURPAP SING MULTANI IRREVOCABLE TRUST, AND JAPVI SINGH MULTANI IRREVOCABLE TRUST | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendants. | ) | |

## **NOTICE OF FILING**

TO:   Diane R. Sabol, Lucia Nale, Nicole J. Highland, Mayer Brown, LLP, 71 South Wacker Drive, Chicago, IL  60606-4637

James O. Stola, 3701 W. Fullerton Avenue, Chicago, IL  60647

Robert T. Kuehl, Weltman, Weinberg & Reis Co., L.P.A., 180 N. LaSalle Street, Suite 2400, Chicago, IL  60601

Leroy Simms, 6061 Savoy Drive, Houston, TX  77036

Thomas M. Falkenberg, Williams Montgomer & John Ltd., 20 North Wacker Drive, Suite 2100, Chicago, IL  60606-3094

Babaji PS, LLC, c/o Narenda Bhalla, Registered Agent, 1718 Fry Road, Suite 415, Houston, TX  77084

Capital Access & Investments, LLC, c/o Narenda Bhalla, Registered Agent, 1718 Fry Road, Suite 415, Houston, TX  77084

G & S Portgage, Inc., c/o Ajai Agnihotri, Registered Agent, 1856 Samuelson Road, Portage, IN  46368

PLEASE TAKE NOTICE that on July 30, 2008, we filed with the Clerk of the United States Federal District Court in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois:

**Reply of GD Deal Holdings, LLC to Response to Motion for Order of Sale**

copies of which are attached hereto.

Dated: July 30, 2008

HARNED, BACHERT & DENTON, LLP
324 East Tenth Avenue
Post Office Box 1270
Bowling Green, Kentucky  42102-1270
Telephone:  (270) 782-3938

/s/ Scott A. Bachert
SCOTT A. BACHERT

**CERTIFICATE OF SERVICE**

I, Scott A. Bachert, hereby certify that on July 30, 2008, I electronically filed Reply of GD Deal Holdings, LLC to Response to Motion for Order of Sale with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

By:  /s/ Scott A. Bachert