UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

GD Deal Holdings, LLC
                              Plaintiff,
v.                                              Case No.: 1:08−cv−01722
                                                Honorable Elaine E. Bucklo
Surinder Multani, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

  MINUTE entryMotion for TRO [65] is granted as unopposed. Motion to appoint special before the Honorable Elaine E. Bucklo: Various motions heard on 8/7/08.Motion for default judgment [41] is denied as moot. Motion for default judgment [42] is denied as moot. Motion for default judgment [43] is denied as moot. Motion for default judgment [44] is denied as moot. Motion for default judgment [45] is denied as moot. Motion for default judgment [46] is denied as moot. Motion for default judgment [47] is denied as moot. Motion to file instanter [49] is granted. Motion to amend/correct [56] is granted; Motion for preliminary injunction [59] is entered and continued. Motion [60] is entered and continued. Motion [61] is entered and continued. Motion [62] is entered and continued. Motion [63] is entered and continued. Motion [64] is entered and continued. commissioner [30] is granted. Motion for order of sale [30] is granted. Evidentiary Hearing on plaintiff's motion for preliminary injunction set for 10/24/2008 at 01:00 PM. Status hearing set for 9/24/2008 at 09:30 AM.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.