## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                              PLAINTIFF

v.

SURINDER MULTANI, et al.                          DEFENDANTS

### TEMPORARY RESTRAINING ORDER AS TO SURINDER MULTANI; ABBE PROPERTIES, LLC; SAPPHIRE SUPPLY, LLC; JGG INVESTMENTS, LLC; ABBE CAPITAL AND LEASING, LLC; ABBE MANAGEMENT GROUP, LLC; SAFANPREET MULTANI; THE GURPRIYA KAUR MULTANI IRREVOCABLE TRUST; THE GURPAP SINGH MULTANI IRREVOCABLE TRUST; AND THE JAPVI SINGH MULTANI IRREVOCABLE TRUST

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Surinder Multani; ABBE Properties, LLC; Sapphire Supply, LLC; JGG Investments, LLC; ABBE Capital and Leasing, LLC; ABBE Management Group, LLC; Safanpreet Multani; the Gurpriya Kaur Multani Irrevocable Trust; the Gurpap Singh Multani Irrevocable Trust; and the Japvi Singh Multani Irrevocable Trust (the "Defendants"), and each of them, be and are hereby enjoined and restrained from directly or indirectly, disposing of or selling any assets of Defendants without prior Court approval until such time as a hearing on the Plaintiffs previously filed Motion for Preliminary Injunction (Docket # 59) may be conducted.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED, that the Defendants' agents, affiliates, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise , and each of them, be and are hereby enjoined and restrained from, directly or indirectly, disposing of or

selling any assets of Defendants until such time as a hearing on the Plaintiffs previously filed Motion

for Preliminary Injunction (Docket # 59) may be conducted.

DATED, this the *7th* day of *August*, 2008.

*Elaine E. Bucklo*
_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Tendered by:

THOMAS M. FALKENBERG
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3200

-and-

HARNED, BACHERT & DENTON, LLP
324 East Tenth Avenue
Post Office Box 1270
Bowling Green, Kentucky 42102-1270
Telephone: (270) 782-3938

/s/ Scott A. Bachert
_____
SCOTT A. BACHERT

2