

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08-CV-1722

GD DEAL HOLDINGS, LLC                                         PLAINTIFF

V.

SURINDER MULTANI, et al.                                      DEFENDANTS

### ORDER OF SALE OF REAL AND PERSONAL PROPERTY FOR SATISFACTION OF MONEY JUDGMENT

This matter came before the Court on the Plaintiff's Motion for Order of Sale and the Plaintiff's request for an order directing satisfaction of a money judgment recovered by Plaintiff against Surinder Multani by a public judicial sale of Surinder Multani's below-described real property and personal property.

Based on the records and files in this action, and the Court being otherwise sufficiently advised, it appears to the Court that:

1.  The United States District Court for the Western District of Kentucky rendered a judgment on May 11, 2007 in the case *GD Deal Holdings, LLC, et al. v. Baker Energy, Inc., et al.*, Case Number 1:05-cv-00003-R, for GD Deal Holdings, LLC's recovery from Surinder Multani of $10,048,295.12 with interest thereon at the judgment rate of 4.9% per annum from May 11, 2007 until paid.

2.  On September 4, 2007, GD Deal Holdings, LLC registered the judgment in the United States District Court for the Northern District of Illinois, Case Number 1:07-cv-04965. In accordance with Title 28, Section 1962 of the United States Code, the judgment created a lien against all the real and personal property of Surinder Multani situated in this state.

3.  On October 9, 2007, GD Deal Holdings, LLC filed a Memorandum of Judgment in the real property records for the Office of the Cook County, Illinois Recorder of Deeds.

4. The judgment is subject to enforcement since no order to stay enforcement has been issued and no motion or supersedeas bond to effect a stay has been filed, and more than ten (10) days have elapsed since entry of the judgment.

5. The Court has authority under Rule 69(a) of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 2001, 2002, and 2004 to order enforcement and satisfaction of the judgment by a judicial sale of nonexempt real or personal property, or both, of Surinder Multani situated in this judicial district in lieu of allowing the usual execution proceedings that would otherwise be the procedure for the enforcement of the judgment.

6. Surinder Multani and Safanpreet Multani were served with process herein on April 11, 2008. Surinder Multani and Safanpreet Multani have failed to file responsive pleadings herein. The statements in Plaintiff's Complaint are established as true as against Surinder Multani and Safanpreet Multani.

7. There is situated in this judicial district the following described nonexempt realty of Surinder Multani that may be subjected to a private or public judicial sale for satisfaction of GD Deal Holdings, LLC's judgment against Surinder Multani: the real property commonly referred to as 24 Bright Ridge Drive, Schaumburg, Illinois 60194. The realty is more particularly described as follows:

> LOT 9 IN SUMMERFIELD ESTATES SUBDIVISION, BEING A SUBDIVISION OF PART OF THE SOUTHWEST 1/4 OF SECTION 2, TOWNSHIP 41 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDAN, ACCORDING TO THE PLAT THEREOF RECORDED AUGUST 2, 2000, AS DOCUMENT 00675392, IN COOK COUNTY, ILLINOIS.
>
> PERMANENT INDEX NUMBER: 07-23-102-021-0000

8. There is situated in this judicial district the following described nonexempt personal property of Surinder Multani that may be subjected to a private or public sale for satisfaction of

Plaintiff's judgment against Surinder Multani: 1) Furniture and Household Effects (including audio, video, and computer equipment); 2) Books, Pictures, and other Art Objects (including stamp, coin, record, tape, compact disc, and other collections or collectibles); 3) Wearing Apparel; 4) Jewelry; 5) Cash on Hand; and/or 6) Firearms and Sports, Photographic, and other Equipment. Such personal property is located at 302 Midwest Club, Oak Brook, Illinois 60523 and/or 24 Bright Ridge Drive, Schaumburg, Illinois 60194.

9. Good cause exists for enforcement of the judgment by a public judicial sale of the above-described property instead of by execution proceedings.

10. The real estate of Surinder Multani commonly referred to as 24 Bright Ridge Drive, Schaumburg, Illinois 60194 is indivisible and cannot be divided without materially impairing its value and the value of the Plaintiff's lien thereon.

11. There are no genuine issues of material fact regarding the Plaintiff's request for judicial sale of Defendant Surinder Multani's real and personal property. The Plaintiff is entitled to an Order of judicial sale of Surinder Multani's property as a matter of law.

Therefore, IT IS ORDERED that:

1. The United States Marshall for this district shall sell as a whole to the highest bidder in cash Defendant's realty commonly referred to as 24 Bright Ridge Drive, Schaumburg, Illinois 60194 at a public sale. The United States Marshall shall take possession of the Defendant Surinder Multani's personal property as described above. The United States Marshall shall sell in units to the highest bidder in cash such personal property at a public sale. The public sale of the realty and personal property shall be held pursuant to the discretion of the United States Marshall either: 1) at the Circuit Court of Cook County, Richard J. Daley Center, 50 West Washington, Chicago, Illinois 60602; or 2) upon the premises.

2. The public sale of the real and personal property is to be preceded by publication of notice thereof by the United States Marshall in which notice the property is to be described as above; the notice is to be published consecutively once a week for not less than four (4) weeks in the Chicago Tribune, a newspaper regularly issued and having a general circulation in this judicial district, where the property of Defendant Surinder Multani that is to be sold is situated.

3. The money from the sale of the property is to be applied first to the payment of the costs of the sale (including the United States Marshall's commission, fees, and expenses); next to the costs of this suit; then any remaining proceeds of the sale shall be held by the United States Marshall pending further order of this Court.

4. Following completion of the sale, subject to its confirmation by the Court, the United States Marshall shall file a prompt report of sale, showing compliance with this Order.

5. Jurisdiction is retained for such further orders and proceedings as may be necessary.

DATED, this the 7th day of August, 2008.

*Elaine E. Bucklo*

JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Tendered by:

THOMAS M. FALKENBERG
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3200

-and-

HARNED, BACHERT & DENTON, LLP
324 East Tenth Avenue
Post Office Box 1270
Bowling Green, Kentucky 42102-1270
Telephone: (270) 782-3938

/s/ Scott A. Bachert
SCOTT A. BACHERT

4