UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NUMBER 08CV1722

GD DEAL HOLDINGS, LLC, , PLAINTIFF
V.
SURINDER MULTANI; ABBE PROPERTIES, LLC;
SAPPHIRE SUPPLY, LLC; JGG INVESTMENTS, LLC;
ABBE CAPITAL AND LEASING, LLC;
ABBE MANAGEMENT GROUP, LLC;
FIFTH THIRD BANK; CITIBANK;
VENDOR CAPITAL GROUP; BABAJIPS,LLC;
CAPITAL ACCESS & INVESTMENTS, LLC;
PETROZONE PETROLEUM II, INC.;
G & S PORTAGE, INC.; SAFANPREET MULTANI; AND
SURINDER MULTANI, IN HIS CAPACITY AS TRUSTEE
FOR GURPRIYA KAUR MULTANI IRREVOCABLE TRUST,
GURPAP SINGH MULTANI IRREVOCABLE TRUST, AND
JAPVI SINGH MULTANI IRREVOCABLE TRUST, DEFENDANTS.

## NOTICE OF MOTION

JAMES O. STOLA, Attorney for Defendants herein, hereby notifies the attorneys listed below that on August 26, 2008, at 9:30 a.m., or soon thereafter that counsel can be heard, before the Honorable Elaine E. Bucklo, in Room 1441 at 217 South Dearborn, Chicago, Illinois, and there present Motion to Reconsider Order of Sale.

/s/ James O. Stola
JAMES O. STOLA

**ATTORNEY NO. 51775**
**LAW OFFICE OF JAMES O. STOLA**
**3701 WEST FULLERTON AVENUE**
**CHICAGO, IL 60647**
**(773)342-1170**
**FAX: (773)342-1185**
**E-MAIL: JSTOLA@SBCGLOBAL.NET**

**CERTIFICATE OF SERVICE**

  On the 19th day of August, 2008, a true and correct copy of the foregoing Notice of Motion was delivered via electronic transmission through CM/ECF to:

| | |
|---|---|
| Scott A. Bachert<br>William F. Codell<br>Harned, Bachert & Denton, LLP<br>324 East Tenth Avenue<br>Post Office Box 1270<br>Bowling Green, Kentucky 42102-1270<br><br>Thomas F. Falkenberg<br>Williams Montgomery & John Ltd.<br>20 North Wacker Drive<br>Suite 2100<br>Chicago, Illinois<br>60606-3094 | Robert Thomas Kuehl<br>Weltman, Weinberg & Reis Co. LPA<br>180 North LaSalle Street<br>Suite 2400<br>Chicago, IL 60601<br><br>Diane Renae Sabo<br>l Nicole Joy Highland<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 |

                s/James O. Stola
                 James O. Stola

**ATTORNEY NO. 51775**
**LAW OFFICE OF JAMES O. STOLA**
**3701 WEST FULLERTON AVENUE**
**CHICAGO, IL 60647**
**(773)342-1170**
**FAX: (773)342-1185**
**E-MAIL: JSTOLA@SBCGLOBAL.NET**